# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CASSANDRA ADAMS, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 24-00164-KD-B |
| | ) |
| ALABAMA STATE BAR, et al., | ) |
|     Defendants. | ) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice**.

**DONE and ORDERED** this **28th** day of **August 2024**.

                                          **/s/ Kristi K. DuBose**
                                          **KRISTI K. DuBOSE**
                                          **UNITED STATES DISTRICT JUDGE**